LOOS v. DUTRO

No. 107P97

Case below: 125 N.C.App. 615

Motion by defendant (Dutro) for temporary stay allowed 12 March 1997 pending receipt and determination of a timely filed petition for discretionary review.

McMILLIAN v. N.C. FARM BUREAU MUTUAL INS. CO.

No. 104PA97

Case below: 125 N.C.App. 247

Petition by defendant (NC Farm Bureau) for discretionary review pursuant to G.S. 7A-31 allowed 10 April 1997. Petition by defendant (Allstate) for discretionary review allowed 10 April 1997.

MEMBERS INTERIOR CONSTRUCTION v.
LEADER CONSTRUCTION CO.

No. 489P96

Case below: 124 N.C.App. 121

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 10 April 1997.

MIRACLE v. N.C. LOCAL GOV'T. EMPLOYEES'
RETIREMENT SYSTEM

No. 523P96

Case below: 124 N.C.App. 285

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 10 April 1997. Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 10 April 1997.

MULLIS v. AMP, INC.

No. 106P97

Case below: 125 N.C.App. 419

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 10 April 1997.